Joe E. CROSLEY, by Next Friends, Ed and Marsha CROSLEY, and Ed and Marsha Crosley, Appellants,

v.

Darrell HAWLEY, Respondent.

No. WD 44100.

Missouri Court of Appeals, Western District.

July 2, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 27, 1991.

Don Pierce, Robert D. Colley, St. Joseph, for appellants.

David R. Buchanan, Paul W. Dwight, Brown & James, Kansas City, for respondent.

Before LOWENSTEIN, P.J., and TURNAGE and FENNER, JJ.

ORDER

PER CURIAM.

Appeal from entry of summary judgment.

Judgment affirmed. Rule 84.16(b).